Eleanor A. DuBay, OSB #073755
edubay@tomasilegal.com
**Tomasi Salyer Martin**
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| HARTLY BUCHANAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIBANK N.A.,<br><br>        Defendant. | Case No. 1:17-CV-00727-MC<br><br>ORDER GRANTING<br>STIPULATION FOR BINDING<br>ARBITRATION AND STAY OF ACTION |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:

1. The parties shall submit all claims in the above-captioned action to binding arbitration pursuant to the arbitration agreement contained in the Card Agreement attached to the Stipulation as Exhibit 1.

2. This matter shall be stayed pending binding arbitration.

///

///

///

Page 1 - ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY
    OF ACTION
CITI-L11\00343975.000

3. Within a reasonable time after a final award is granted, or settlement is reached, either party shall advise this court of the outcome of the arbitration proceedings, or any settlement.

DATED: July 19, 2017

                                               Hon. Michael J. McShane
                                               U.S. District Court Judge